IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH STEPHEN WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-cv-912-WHA-WC |
| | ) | |
| LEEPOSEY DANIELS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 24) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED; Defendant's Motion to Dismiss (Doc. 18) is DENIED as MOOT; and the case is referred back to the Magistrate Judge for additional proceedings.

Done this 22nd day of May, 2014.

  /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE